

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00519-CV

Robert Garcia
v.
Extreme Tactics and Training Solutions, LLC

On Appeal from the
40th District Court of Ellis County, Texas
Trial Court Cause No. 104764

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

October 24, 2024